United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2454ND

_____

Valorie R. Parten,                      *
                                        *
                  Appellant,            *     Appeal from the United States
                                        *     District Court for the District
        v.                              *     of North Dakota.
                                        *
The United States Air Force,            *          [UNPUBLISHED]
                                        *
                  Appellee.             *

_____

Submitted:  February 13, 1998
Filed: February 20, 1998

_____

Before FAGG, JOHN R. GIBSON, and MURPHY, Circuit Judges.

_____

PER CURIAM.

After the district court awarded Valorie R. Parten $200.00 for two violations of the Right to Financial Privacy Act without ordering punitive damages, Parten appeals the adverse ruling on her punitive damage claim.  On review, we find no error of law in the district court's analysis.  Having concluded that Parten's arguments lack merit, we affirm.  See 8th Cir. R. 47B.

A true copy.

        Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.